UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
IMAGINE SOLUTIONS, LLC,

              Plaintiff,

  -against-

MEDICAL SOFTWARE COMPUTER SYSTEMS,

             Defendants.
------------------------------X

O R D E R

CV-06-3793 (ARR)

    An initial conference will be held in the above-captioned case on November 30, 2006 at 11:45 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

    **<u>Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference</u>**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       August 10, 2006

                                                _____
                                                JOAN M. AZRACK
                                                UNITED STATES MAGISTRATE JUDGE